

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2020

No. 04-20-00327-CV

## IN RE CHRISTUS SANTA ROSA HEALTH CARE CORP. D/B/A CHRISTUS SANTA ROSA HOSPITAL- WESTOVER

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01248
Honorable Aaron Haas, Judge Presiding

# O R D E R

Original Mandamus Proceeding[1]

Sitting:    Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

On June 25, 2020, this court issued a stay of the trial court's ruling contained in paragraph 1 of the court's June 19, 2020 order compelling production of a February 2, 2017 12:19 a.m. email from Patrick Nguyen, MD pending final resolution of the petition for writ of mandamus.

On August 18, 2020, relator filed an opposed second motion for temporary relief, asking this court to stay compliance with two deposition notices and subpoenas duces tecum seeking production of an email that is the subject of this original proceeding.

Relator's request for a stay is GRANTED. Pending final resolution of the petition for writ of mandamus, Patrick Nguyen, MD is not required to comply with the "Plaintiff's Notice of Intention to Take the Oral or Zoom Deposition of Patrick Nguyen, MD With Subpoena Duces Tecum." Pending final resolution of the petition for writ of mandamus, Richard Peterson, MD is not required to comply with the "Plaintiff's Notice of Intention to Take the Oral or Zoom Deposition of Richard Peterson, MD With Subpoena Duces Tecum."

---

[1] This proceeding arises out of Cause No.2019-CI-01248, styled *Debra Hoedebecke v. Christus Santa Rosa Health Care Corp., et al.*, pending in the 225th Judicial District Court, Bexar County, Texas. The Honorable Aaron S. Haas signed the order at issue in this proceeding.

It is so **ORDERED** on August 19, 2020.

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

